Nilsson *v.* Nepi Brothers (et al., Appellant).

Nilsson, Appellant, *v.* Dalton Brothers et al.

Argued May 10, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, BARNES and PATTERSON, JJ.

*Louis Wagner,* with him *Thomas J. Clary* and *Richard A. Smith,* for appellant, No. 150.

*Alexander F. Barbieri,* for appellant, No. 151.

*D. J. McTighe,* of *Fox & McTighe,* with him *Kendall H. Shoyer,* for appellee, No. 150.

*Herbert A. Barton,* with him *Swartz, Campbell & Henry,* for appellees, No. 151.

PER CURIAM, June 24, 1940:
The opinion of the Superior Court is reported in 138 Pa. Superior Ct. 107.
Judgments affirmed.